Seth D. Mansergh, SBN 274892
smansergh@slenvironment.com
Kenneth A. Sansone, SBN 319982
ksansone@slenvironment.com
SL ENVIRONMENTAL LAW GROUP
175 Chestnut Street
San Francisco, CA 94133
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

Attorneys for Plaintiff LAKE HEMET
MUNICIPAL WATER DISTRICT

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKE HEMET MUNICIPAL WATER DISTRICT,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY, et al.<br><br>    Defendants. | Case No. EDCV 20-881-MWF (SPx)<br><br>Judge: The Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

1 | The Court has reviewed the parties' Stipulation requesting dismissal with
2 | prejudice of this matter. For good cause shown, the Court ORDERS the Stipulation
3 | of Dismissal with Prejudice is GRANTED.
4 |     IT IS HEREBY ORDERED.

Dated: November 16, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge